UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Olena Kalichenko, | Case No. 20-cv-1646 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Nanette Barnes, Honken, SIS department, DOJ Washington, and M. Starr, | |
| Defendants. | |

Before the Court is the December 7, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson.  (Dkt. 70.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 7, 2021 R&R, (Dkt. 70), is **ADOPTED**.

2. Defendants' motion to dismiss or, in the alternative, for summary judgment, (Dkt. 50), is **GRANTED**.

3. Plaintiff's request for a temporary restraining order, (Dkt. 42), is **DENIED AS MOOT**.

4. Plaintiff's amended complaint, (Dkt. 39), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 2, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge